UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIPPE BUHANNIC, *in his personal capacity and derivatively on behalf of the Common Shareholders of TradingScreen and TradingScreen*,

                Plaintiff,

– *against* –

AMERICAN ARBITRATION ASSOCIATION; MORRIS, NICHOLS, ARSHT & TUNNELL, LLP; MORGAN LEWIS & BOCKIUS LLP; WEIL GOTSHAL AND MANGES LLP; BLOOMBERG; GREENBERG TRAURIG LLP; CBIZ; BRUCE ROSENTHAL; RICHARD F. ZIEGLER; GEORGE GLUCK; EUGENE I. FARBER; TECHNOLOGY CROSSOVER VENTURES; JOSEPH AHEARN; PIERRE SCHROEDER; RICK KIMBALL; JAY HOAG; PIERO GRANDI; *and* VICE CHANCELLOR LASTER (TRAVIS LASTER),

                Defendants.

**ORDER**

18 Civ. 2430 (ER)

RAMOS, D.J.:

      On September 27, 2019, this Court issued an Opinion and Order dismissing the complaint in this case against the American Arbitration Association and its arbitrators with prejudice. Doc. 102 at 9. The Court dismissed the complaint as against the other defendants without prejudice, and it ordered Buhannic to file an amended complaint by October 18, 2019. *Id.* at 12. Nine months after that deadline, Buhannic has filed to file an amended complaint. Accordingly, the Clerk of Court is directed to close this case.

It is SO ORDERED.

Dated:   July 20, 2020
            New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.